SCHLESINGER v. BERNSTEIN et al. (Supreme Court, Appellate Division, First De-

partment. April 6, 1906.) Action by Leo Schlesinger, as receiver, against Samuel Bernstein and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.